IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| HEATH STEVENS, § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | Civil Action No. 1:21-CV-00174-BU |
| § | |
| TRACY LYNN CLAYTON, *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER

Before the Court is the parties' Joint Stipulation for Motion to Dismiss, filed January 10, 2023. Dkt. No. 35. Through this Motion, the parties assert that all matters related to the case "have been forever compromised and settled" and request that the case be dismissed with prejudice. *Id.*

The Motion is GRANTED. It is therefore ORDERED that all claims asserted in the above-styled and -numbered civil action are DISMISSED WITH PREJUDICE with costs taxed against the party incurring the same.

ORDERED this 12th day of January, 2023.

JOHN R. PARKER
UNITED STATES MAGISTRATE JUDGE

1